Vaughan B. CONNELLY and M. Louise Connelly, His Wife,

v.

Floyd C. WEBB et al., Trustees.

No. 23787.

United States Court of Appeals Fifth Circuit.

Oct. 16, 1967.

Irving M. Wolff, Miami, Fla., for appellants.

Robert C. Ward, W. G. Ward, and Ward, Ward, Straessley, Hiss & Kluttz, Miami, Fla., for appellees.

Before TUTTLE and WISDOM, Circuit Judges, and HEEBE, District Judge.

PER CURIAM:

The judgment is affirmed.